Commonwealth *v.* Sechan Limestone Industries, Inc., Appellant.

 Argued November 8, 1971.

*William C. Robinson,* with him *Henninger & Robinson,* for appellant; *W. Thomas Andrews,* District Attorney, with him *James A. Caldwell,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.